IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEVAR LEE ANTHONY SPENCE, :
        Petitioner, :     1:17-cv-0881
         :
v. :     Hon. John E. Jones III
         :
RICHARD K. RENN, *et al.*, :
        Respondents. :

# ORDER

**May 22, 2017**

NOW THEREFORE, upon consideration of the Amended Petition for Writ of Habeas Corpus (Doc. 9) pursuant to 28 U.S.C. § 2254, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. This matter is STAYED pending further order of court.

2. Within sixty (60) days of the date on which Petitioner's state court direct appeal and collateral proceedings conclude, Petitioner shall FILE in federal court a notice apprising the Court of the completion date of state court proceedings and whether he intends on pursing his federal habeas petition.

3. Failure to comply with the time requirements set forth in paragraph 2 will result in the stay being vacated *nunc pro tunc*. *Crews*, 360 F.3d at 154 (citing *Zarvela v. Artuz*, 254 F.3d 374, 380 (2nd Cir. 2001).

4. The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this matter.

                                                     s/ John E. Jones III
                                                     John E. Jones III
                                                     United States District Judge